AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America & Comm. of Virginia    )
_____ )
*Plaintiff* )
       v. 3663811 )     Civil Action No. 6:19cv00068
_____ )
1st Adult & Pediatrics Healthcare Services, Inc. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1st Adult & Pediatrics Healthcare Services, Inc.
11130 Fairfax Boulevard, Suite 202
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin M. Lugar, Assistant U.S. Attorney
U.S. Attorney's Office
Western District of Virginia
310 First Street, SW, Room 906
Roanoke, VA 24011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT



Date:    August 25, 2022                       s/ Carmen Amos
*Deputy Clerk*

AO 440 (Rev. 06/12) (02/17 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 6:19cv00068

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

NAME: 1ST ADULT & PEDIATRICS HEALTHCARE SERVICES INC

4701 COX RD  APT 285, HENRICO, VA. 23060

☐ PERSONAL SERVICE

☐ Being unable to make personal service, a copy was delivered in the following manner
☐ Delivered to person found in charge of usual place of business or employment during normal business hours and giving information to its purport

---

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above giving information of its purport. List name, age of recipient and relation of recipient to party named above

---

☐ Posted on the common door of usual place of abode, address listed above. (Other authorized recipient not found.)
☐ Copy mailed to judgement debtor on date below after serving the garnishee unless a different date is shown below
☐ No envelope provided

---

☐ Evicted          ☐ Not Evicted
☒ Served on registered agent   KATIE BUSH
☐ Not Found

☐ No Levy Required

☐ Not in this jurisdiction

| ☐ NO EFFECTS FOUND | DEPUTY SHERIFF |
|---|---|
| | *W Cone* |
| 11/15/2022 <br> Date | Cone, W. - Badge #7522 <br><br> FOR: Sheriff Alisa A. Gregory <br> Henrico County, Virginia |

**Paper Number: 3663811**
**Court Case Number: 6:19CV00068**
Notes: SEE ATTACHED AUTHORIZATION

# Service Authorization
## Business Filings Incorporated

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush                     Teresa Brown                     Julie Parrish

This authorization does not certify the receipt or acceptance of any specific process

Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 25th day of March, 2021.

Notary Public

DORINDA NESBITT SLAUGHTER
NOTARY PUBLIC
REG # 7529659
MY COMMISSION EXPIRES 4/30/2024
COMMONWEALTH OF VIRGINIA