IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA </br> *ex rel.* Jessica Patterson and </br>     Autumn Williams, </br></br> and </br></br> COMMONWEALTH OF VIRGINIA, </br> *ex rel.* Jessica Patterson and </br>     Autumn Williams, </br></br>       Plaintiffs, </br></br>     v. </br></br> 1ST ADULT & PEDIATRICS </br> HEALTHCARE SERVICES, INC. </br> (f/k/a 1st ADULT N PEDIATRICS </br> HEALTHCARE SERVICES INC.), </br></br>       Defendant. | </br></br></br></br></br></br></br></br></br></br> Civil Action No. 6:19cv00068 </br></br></br></br></br></br></br></br> |

## STATUS REPORT

The United States of America and the Commonwealth of Virginia ("the Commonwealth") (collectively, "the Government") and the Defendant 1st Adult & Pediatrics Healthcare Services, Inc. (formerly known as 1st Adult N Pediatrics Healthcare Services Inc.) (hereinafter "1st Adult" or "Defendant"), hereby respectfully submit this Status Report pursuant to the Court's request. The Parties state as follows:

    1.    Over the course of several months, the Parties engaged in lengthy but productive settlement discussions. The Parties recently reached a proposed resolution of this matter and have memorialized the terms thereof in a proposed settlement agreement and related documents.

    2.    The proposed settlement documents are currently undergoing Governmental approvals and awaiting signatures from appropriate Governmental authorities. The Parties

anticipate that the proposed settlement will be finalized within thirty (30) days after the date of this Status Report.

3. The Parties will continue to work diligently to bring this matter to a prompt conclusion. In the unlikely event that circumstances change, the Parties will notify the Court accordingly.

DATED: March 31, 2023

                              Respectfully submitted,

                              ZACHARY T. LEE
                              DEPUTY UNITED STATES ATTORNEY

By:    */s/ Justin M. Lugar*
       JUSTIN M. LUGAR (VSB #77007)
       Assistant United States Attorney
       310 First Street, SW
       Room 906
       Roanoke, VA 24011
       Tel: (540) 278-1471
       Fax: (540) 857-2614
       Email: Justin.Lugar@usdoj.gov
       *Counsel for the United States*


                              COMMONWEALTH OF VIRGINIA


By:    */s/ Matthew G. Howells*
       MATTHEW G. HOWELLS (VSB #88167)
       Assistant Attorney General
       Virginia Office of the Attorney General
       Medicaid Fraud Control Unit, Civil Litigation
       202 North 9th Street
       Richmond, VA 23219
       Tel: (804) 786-6547
       Fax: (804) 786-0807
       Email: mhowells@oag.state.va.us
       *Counsel for the Commonwealth*

                1ST ADULT & PEDIATRICS HEALTHCARE SERVICES, INC.

By:     */s/ Robert L. Jenkins, Jr.*
      ROBERT L. JENKINS, JR. (VSB #39161)
      Bynum & Jenkins, PLLC
      1010 Cameron Street, Suite 123
      Alexandria, VA 22314
      Tel: (703) 309-0899
      Email: rjenkins@bynumandjenkinslaw.com
      *Counsel for 1st Adult*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2023, I caused a copy of the foregoing Status Report to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide copies to all counsel of record.

                                          */s/ Matthew G. Howells*
                                          Matthew G. Howells
                                          Assistant Attorney General