IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Jessica Patterson and<br>Autumn Williams,<br><br>and<br><br>COMMONWEALTH OF VIRGINIA,<br>*ex rel.* Jessica Patterson and<br>Autumn Williams,<br><br>          Plaintiffs,<br><br>    v.<br><br>1ST ADULT & PEDIATRICS<br>HEALTHCARE SERVICES, INC.<br>(f/k/a 1st ADULT N PEDIATRICS<br>HEALTHCARE SERVICES INC.),<br><br>          Defendant. | Civil Action No. 6:19cv00068 |

## STATUS REPORT

The United States of America and the Commonwealth of Virginia ("the Commonwealth") (collectively, "the Government") and the Defendant 1st Adult & Pediatrics Healthcare Services, Inc. (formerly known as 1st Adult N Pediatrics Healthcare Services Inc.) (hereinafter "1st Adult" or "Defendant"), hereby respectfully submit this Status Report. The Parties state as follows:

1. As indicated in the Parties' Status Report of March 31, 2023 (ECF No. 36), the Parties had reached a proposed resolution and the proposed settlement documents were undergoing Governmental approvals. The Parties anticipated that the proposed settlement would be finalized within thirty (30) days.

2. The Parties in fact did finalize the settlement and obtained all necessary signatures on the settlement agreement as of April 3, 2023.

1

3. The settlement agreement, among other things, calls for payments over time to be made by 1st Adult to the Government.

4. Paragraph 22 of the settlement agreement provides that "Upon receipt of the payment described in [the payment provisions of the agreement], the Parties shall promptly sign and file in the Civil Action a Joint Stipulation of Dismissal of the Civil Action pursuant to Rule 41(a)(1)."

5. In addition, Paragraph 25 of the settlement agreement provides, in part, that "The exclusive jurisdiction and venue for any dispute relating to this Agreement is the United States District Court for the Western District of Virginia."

6. As contemplated by the settlement agreement, the Parties will file a Joint Stipulation of Dismissal when 1st Adult has paid the full settlement amount. In the event that there is an issue with fulfillment of the terms of the settlement agreement, the Parties will notify the Court accordingly.

DATED: May 4, 2023

                                          Respectfully submitted,

                                          ZACHARY T. LEE
                                          DEPUTY UNITED STATES ATTORNEY

By:     */s/ Justin M. Lugar*
        JUSTIN M. LUGAR (VSB #77007)
        Assistant United States Attorney
        310 First Street, SW
        Room 906
        Roanoke, VA 24011
        Tel: (540) 278-1471
        Fax: (540) 857-2614
        Email: Justin.Lugar@usdoj.gov
        *Counsel for the United States*

COMMONWEALTH OF VIRGINIA

By:     */s/ Matthew G. Howells*
MATTHEW G. HOWELLS (VSB #88167)
Assistant Attorney General
Virginia Office of the Attorney General
Medicaid Fraud Control Unit, Civil Litigation
202 North 9th Street
Richmond, VA 23219
Tel: (804) 786-6547
Fax: (804) 786-0807
Email: mhowells@oag.state.va.us
*Counsel for the Commonwealth*

1ST ADULT & PEDIATRICS HEALTHCARE SERVICES, INC.

By:     */s/ Robert L. Jenkins, Jr.*
ROBERT L. JENKINS, JR. (VSB #39161)
Bynum & Jenkins, PLLC
1010 Cameron Street, Suite 123
Alexandria, VA 22314
Tel: (703) 309-0899
Email: rjenkins@bynumandjenkinslaw.com
*Counsel for 1st Adult*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2023, I caused a copy of the foregoing Status Report to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide copies to all counsel of record.

                                        */s/ Matthew G. Howells*
                                        Matthew G. Howells
                                        Assistant Attorney General