IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* Jessica Patterson and | ) | |
| Autumn Williams, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| *ex rel.* Jessica Patterson and | ) | |
| Autumn Williams, | ) | |
| | ) | Civil Action No. 6:19-cv-00068 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1ST ADULT & PEDIATRICS | ) | |
| HEALTHCARE SERVICES, INC. | ) | |
| (f/k/a 1st ADULT N PEDIATRICS | ) | |
| HEALTHCARE SERVICES INC.), | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

The United States of America and the Commonwealth of Virginia (collectively, "the Government") and the Defendant 1st Adult & Pediatrics Healthcare Services, Inc. (formerly known as 1st Adult N Pediatrics Healthcare Services Inc.) (hereinafter "1st Adult" or "Defendant"), hereby respectfully submit this Status Report pursuant to the Court's Order of August 6, 2025 (ECF No. 38). The Parties state as follows:

1.      As indicated in the last Status Report filed by the Parties on May 4, 2023 (ECF No. 37), the Parties reached a proposed resolution of the civil action, and the settlement agreement was finalized and effective as of April 3, 2023.

2.      The settlement agreement, as previously described, called for payments over time to be made by 1st Adult to the Government.

3.       As of August 26, 2025, the Defendant has paid a total of $2,956,550.00 to the Government, and the total outstanding balance pursuant to the settlement agreement's payment schedule, including interest, is $123,450.00.

4.       At this time, the Parties do not have specific dates by which they anticipate future payments will be made and the balance of the settlement amount will be fully satisfied.

5.       Paragraph 22 of the settlement agreement provides that "[u]pon receipt of the payment described in [the payment provisions of the agreement], the Parties shall promptly sign and file in the Civil Action a Joint Stipulation of Dismissal of the Civil Action pursuant to Rule 41(a)(1)."

6.       The Parties will accordingly file a Joint Stipulation of Dismissal when 1st Adult has paid the full settlement amount. If there is an issue with fulfillment of the terms of the settlement agreement, the Parties will notify the Court.

7.       The Parties do not object to the Court's proposal in its Order of August 6, 2025 (ECF No. 38) that the matter be removed from the Court's active docket, so long as the case remains open until such time as the settlement amount is fully satisfied and dismissal is appropriate.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney


Date: August 26, 2025          /s/ Matthew G. Howells
                               Matthew G. Howells
                               Assistant United States Attorney
                               Virginia State Bar No. 88167
                               United States Attorney's Office
                               P.O. Box 1709
                               Roanoke, VA 24008-1709
                               Tel: (540) 857-2250
                               Email: matthew.howells@usdoj.gov
                               *Counsel for the United States*
                               2

COMMONWEALTH OF VIRGINIA


By:     */s/ Ray F. Bowman, III*
        Ray F. Bowman, III
        Senior Assistant Attorney General
        Virginia State Bar No. 86673
        Virginia Office of the Attorney General
        Medicaid Fraud Control Unit, Civil Litigation
        202 North 9th Street
        Richmond, VA 23219
        Tel: (804) 371-2274
        Email: rbowman@oag.state.va.us
        *Counsel for the Commonwealth*


1ST ADULT & PEDIATRICS HEALTHCARE
SERVICES, INC.


By:     */s/ Robert L. Jenkins, Jr.*
        Robert L. Jenkins, Jr.
        Virginia State Bar No. 39161
        Bynum & Jenkins, PLLC
        1010 Cameron Street, Suite 123
        Alexandria, VA 22314
        Tel: (703) 309-0899
        Email: rjenkins@bynumandjenkinslaw.com
        *Counsel for 1st Adult*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I caused a copy of the foregoing Status Report to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide copies to all counsel of record.

/s/ Matthew G. Howells
Matthew G. Howells
Assistant United States Attorney