CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/4/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1ST ADULT N. PEDIATRIC HEALTHCARE SERVICES,<br><br>*Defendant.* | CASE NO. 6:19-CV-00068<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter comes before the Court on the Government's response to this Court's request for a status report. Dkts. 38 (order); 39 (report). The Parties submitted a joint status report to this Court on August 26, 2025, which states "Defendant has paid a total of $2,956,550.00 to the Government, and the total outstanding balance pursuant to the settlement agreement's payment schedule, including interest, is $123,4500.00." Dkt. 39 at 3. The Parties also state they "do not have specific dates by which they anticipate future payments will be made" and that they "will accordingly file a Joint Stipulation of Dismissal when 1st Adult has paid the full settlement amount." *Id.* at 4, 6.

The settlement agreement in this case has been finalized since April 3, 2023. Dkt. 37 at 1. Since payments have been successful over the last two years, and since the "Parties do not object . . . that the matter be removed from the Court's active docket," this action is **DISMISSED WITH PREJUDICE**, except as otherwise provided herein or in the Settlement Agreement, without costs to any Party.

The Court has jurisdiction to enter this Final Order and Final Judgment. Without in any way affecting the finality of this Final Order or the Final Judgment, and by consent of the Parties, the Court expressly retains exclusive and continuing jurisdiction over the Settlement and the Settlement Agreement, including all matters relating to the administration, consummation, validity, enforcement, and interpretation of the Settlement Agreement or the Final Order and Judgment, including without limitation, for the purpose of:

a. Enforcing the terms and conditions of the Settlement Agreement and resolving any disputes, claims, or causes of action that, in whole or in part, are related to or arise out of the Settlement Agreement, the Final Order, or the Final Judgment;

b. Entering such additional orders, if any, as may be necessary or appropriate to protect or effectuate the Final Order, the Final Judgment, or the Settlement Agreement, or to ensure the fair and orderly administration of the Settlement; and,

c. Entering any other necessary or effectuate this Court's retention of continuing jurisdiction over the Settlement Agreement, the Final Order, or the Final Judgment.

It is so **ORDERED.**

Entered this the 4th of September, 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE